# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| **DANIEL MOFIELD,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No. 2:08-0105** |
| ) | **Judge Echols** |
| **FNX MINING COMPANY USA, INC.,** ) | |
| *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons explained in the Memorandum issued contemporaneously herewith, the Motion to Dismiss or, in the Alternative, Motion to Stay Until April 9, 2009 (Docket Entry No. 46) filed by Defendants FNX Mining Company USA, Inc. ("FNX") and DMC Mining Services Corporation ("DMC") is hereby DENIED. However, that denial is WITHOUT PREJUDICE to Defendant FNX refiling a Motion to Dismiss for lack of personal jurisdiction should discovery so warrant.

Within sixty (60) days of the date of entry of this Order, the parties shall conduct and complete any discovery relating to this Court's personal jurisdiction over Defendant FNX. This case is returned to the Magistrate Judge for further case management.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE