IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| DANIEL MOFIELD; and SCOTT WATSON, on behalf of themselves and all others similarly situated | ) ) ) |
| | ) No. 2-08-0105 |
| v. | ) ) |
| FNX MINING COMPANY USA INC.; DMC MINING SERVICES CORPORATION; MID-TENNESSEE ZINC CORPORATION; and STRATEGIC RESOURCE ACQUISITION CORPORATION[1] | ) ) ) ) ) ) ) |

O R D E R

In accord with the orders entered December 22, 2008 (Docket Entry Nos. 53 and 54), the parties filed a joint mediation statement (Docket Entry No. 82) on May 15, 2009, advising that they believe that they will be in a position to engage in mediation in July of 2009, after the defendants provide supplementation to their document production and payroll information on class members.

Therefore, by July 15, 2009, counsel for the parties shall file another joint mediation statement, indicating whether they have participated in mediation, and, if not, whether mediation is scheduled or whether the parties anticipate scheduling mediation, and, if so, before whom and when.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered January 20, 2009 (Docket Entry No. 58), all proceedings against defendants Strategic Resource Acquisition Corporation ("SRA") and Mid-Tennessee Zinc Corporation ("MTZ") were stayed as a result of the automatic Bankruptcy stay. By notice of voluntary dismissal filed on January 28, 2009 (Docket Entry No. 61), and order entered February 3, 2009 (Docket Entry No. 68), the plaintiffs' claims against SRA and MTZ were dismissed without prejudice.